```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP001983
Cashier ID: dhernand
Transaction Date: 06/15/2007
Payer Name: PRICE WAICUKAUSKI AND RILEY
------------------------------------------
CIVIL FILING FEE
 For: PRICE WAICUKAUSKI AND RILEY
 Case/Party: D-INS-1-07-CV-000772-001
 Amount:      $350.00
------------------------------------------
CHECK
 Check/Money Order Num: 5165
 Amt Tendered: $350.00
------------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

PRICE WAICUKAUSKI & RILEY LLC

301 MASSACHUSETTS AVE

INDIANAPOLIS IN 46204

1:07-cv-0772 M/L FF

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $45.00 fee will be charged for a returned check."