AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
<u>    SOUTHERN    </u>          DISTRICT OF   <u>    INDIANA    </u>

| | |
|---|---|
| CHAD J. SWEENEY, GREGG THEOBALD, SHAY THEOBALD, ROBERT MILLER and RACHEL MILLER on Behalf of themselves and All Others Similarly Situated,<br><br>vs.<br><br>RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARINING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:<br><br>**1 : 07-cv-0772-LJM-WTL** |

TO:   Racing Champions ERTL Corporation
      c/o The Corporation Trust Company, Registered Agent
      1209 Orange Street
      Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   <u>William N. Riley, Attorney No. 14941-49</u>
<u>Jamie R. Kendall, Attorney No. 25124-24</u>
**<u>PRICE WAICUKAUSKI & RILEY, L.L.C.</u>**
<u>301 Massachusetts Avenue</u>
<u>Indianapolis, Indiana 46204</u>
<u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within _____23_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

*[signature]*
**CLERK**

_____
CLERK                                                    DATE

(BY) DEPUTY CLERK                              JUN 1 5 2007

*[signature: Ashley Beller]*

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN   DISTRICT OF   INDIANA

CHAD J. SWEENEY, GREGG THEOBALD, SHAY THEOBALD, ROBERT MILLER and RACHEL MILLER on Behalf of themselves and All Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

**SUMMONS IN A CIVIL CASE**

Case Number:

1 : 07-cv-0772-LJM -WTL

TO:  Learning Curve Brands, Inc., formally doing business as
The ERTL Company, Inc., Racing Champions ERTL, Inc.,
RC ERTL, Inc., and RC2 Brands, Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_____
CLERK

DATE

(BY) DEPUTY CLERK

**JUN 1 5 2007**

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
__SOUTHERN__ DISTRICT OF __INDIANA__

CHAD J. SWEENEY, GREGG THEOBALD, SHAY THEOBALD, ROBERT MILLER and RACHEL MILLER on Behalf of themselves and All Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

**SUMMONS IN A CIVIL CASE**

Case Number:

**1 : 07-cv-0772-LJM-WTL**

TO: Learning Curve Brands, Inc., formally doing business as The ERTL Company, Inc., Racing Champions ERTL, Inc., RC ERTL, Inc., and RC2 Brands, Inc.
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within __23__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_____
CLERK     **CLERK**                                           DATE

(BY) DEPUTY CLERK

*Ashley Reller*

**JUN 1 5 2007**

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
<u>     SOUTHERN     </u> DISTRICT OF <u>     INDIANA     </u>

| | |
|---|---|
| CHAD J. SWEENEY, GREGG THEOBALD, SHAY THEOBALD, ROBERT MILLER and RACHEL MILLER on Behalf of themselves and All Others Similarly Situated,<br><br>vs.<br><br>RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC. | SUMMONS IN A CIVIL CASE<br><br>Case Number:<br><br>1 : 07-cv-0772-LJM-WTL |

TO:   Learning Curve Brands, Inc., formally doing business as
      The ERTL Company, Inc., Racing Champions ERTL, Inc.,
      RC ERTL, Inc., and RC2 Brands, Inc.
      c/o Peter J. Heuseler, President
      1111 W. 22nd Street, Suite 320
      Oak Brook, Illinois 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address):   <u>William N. Riley, Attorney No. 14941-49</u>
<u>Jamie R. Kendall, Attorney No. 25124-24</u>
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
<u>301 Massachusetts Avenue</u>
<u>Indianapolis, Indiana 46204</u>
<u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within <u>    23    </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

**CLERK**

_____
CLERK                                               DATE

(BY) DEPUTY CLERK                                   JUN 1 5 2007

*Ashley Keller* (signature)

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
<u>   SOUTHERN   </u>   DISTRICT OF   <u>   INDIANA   </u>

CHAD J. SWEENEY, GREGG
THEOBALD, SHAY THEOBALD,
ROBERT MILLER and RACHEL
MILLER on Behalf of themselves and All
Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARNING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

SUMMONS IN A CIVIL CASE

Case Number:

**1 : 07 -cv- 0772 -LJM -WTL**

TO:   Racing Champions ERTL, Inc.
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   <u>William N. Riley, Attorney No. 14941-49</u>
<u>Jamie R. Kendall, Attorney No. 25124-24</u>
**<u>PRICE WAICUKAUSKI & RILEY, L.L.C.</u>**
<u>301 Massachusetts Avenue</u>
<u>Indianapolis, Indiana 46204</u>
<u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within <u>   23   </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

*[signature]*
**CLERK**

_____
CLERK                           DATE

(BY) DEPUTY CLERK

*[signature: Ashley Keller]*

JUN 1 5 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
<u>    SOUTHERN    </u>   DISTRICT OF   <u>    INDIANA    </u>

CHAD J. SWEENEY, GREGG
THEOBALD, SHAY THEOBALD,
ROBERT MILLER and RACHEL
MILLER on Behalf of themselves and All
Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARNING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

**SUMMONS IN A CIVIL CASE**

Case Number:

**1 : 07 -cv- 0772 -LJM -WTL**

TO:   The ERTL Company, Inc.,
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address):   <u>William N. Riley, Attorney No. 14941-49</u>
<u>Jamie R. Kendall, Attorney No. 25124-24</u>
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
<u>301 Massachusetts Avenue</u>
<u>Indianapolis, Indiana 46204</u>
<u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within <u>    23    </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_[signature]_
CLERK

DATE

(BY) DEPUTY CLERK
_[signature: Ashley Riller]_

JUN 1 5 2007

**UNITED STATES DISTRICT COURT**
<u>    SOUTHERN    </u>    DISTRICT OF    <u>    INDIANA    </u>

| | |
|---|---|
| CHAD J. SWEENEY, GREGG THEOBALD, SHAY THEOBALD, ROBERT MILLER and RACHEL MILLER on Behalf of themselves and All Others Similarly Situated, | SUMMONS IN A CIVIL CASE<br><br>Case Number:<br><br>**1 : 07-cv-0772-LJM-WTL** |
| vs. | |

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

TO:  RC ERTL, Inc.
        c/o CT Corporation System, Registered Agent
        208 South LaSalle Street, Suite 814
        Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):  <u>William N. Riley, Attorney No. 14941-49</u>
<u>Jamie R. Kendall, Attorney No. 25124-24</u>
**<u>PRICE WAICUKAUSKI & RILEY, L.L.C.</u>**
<u>301 Massachusetts Avenue</u>
<u>Indianapolis, Indiana 46204</u>
<u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within <u>    23    </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

*[signature]*
**CLERK**

_____                    _____
CLERK                                                                   DATE

(BY) DEPUTY CLERK

*[signature: Ashley R. Eller]*

JUN 1 5 2007

## UNITED STATES DISTRICT COURT

<u>     SOUTHERN     </u>    DISTRICT OF <u>     INDIANA     </u>

CHAD J. SWEENEY, GREGG
THEOBALD, SHAY THEOBALD,
ROBERT MILLER and RACHEL
MILLER on Behalf of themselves and All
Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARNING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

SUMMONS IN A CIVIL CASE

Case Number:

**1 : 07 -cv- 0772 -LJM -WTL**

TO:  RC2 Brands, Inc.
     c/o CT Corporation System, Registered Agent
     208 South LaSalle Street, Suite 814
     Chicago, Illinois 60604

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY (name and address):  <u>William N. Riley, Attorney No. 14941-49</u>
                              <u>Jamie R. Kendall, Attorney No. 25124-24</u>
                              **PRICE WAICUKAUSKI &  RILEY, L.L.C.**
                              <u>301 Massachusetts Avenue</u>
                              <u>Indianapolis, Indiana 46204</u>
                              <u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within <u>     23     </u> days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. You must also file
your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana
46204 within a reasonable period of time after service.

*[signature]*
**CLERK**

---

CLERK                                               DATE

(BY) DEPUTY CLERK

*[signature: Ashley Keller]*

JUN 1 5 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF  INDIANA

CHAD J. SWEENEY, GREGG
THEOBALD, SHAY THEOBALD,
ROBERT MILLER and RACHEL
MILLER on Behalf of themselves and All
Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARINING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

**SUMMONS IN A CIVIL CASE**

Case Number:

1 : 07-cv-0772-LJM-WTL

TO: RC2 Corporation
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address): William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

*[signature]*
**CLERK**

_____  _____
CLERK                         DATE

(BY) DEPUTY CLERK             JUN 1 5 2007

*[signature: Ashley Roller]*

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
<u>     SOUTHERN     </u>   DISTRICT OF   <u>     INDIANA     </u>

| | |
|---|---|
| CHAD J. SWEENEY, GREGG THEOBALD, SHAY THEOBALD, ROBERT MILLER and RACHEL MILLER on Behalf of themselves and All Others Similarly Situated,<br><br>vs.<br><br>RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:<br><br>**1 : 07-cv-0772-LJM-WTL** |

TO: RC2 Corporation
c/o The Prentice-Hall Corporation System, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   <u>William N. Riley, Attorney No. 14941-49</u>
<u>Jamie R. Kendall, Attorney No. 25124-24</u>
<u>**PRICE WAICUKAUSKI & RILEY, L.L.C.**</u>
<u>301 Massachusetts Avenue</u>
<u>Indianapolis, Indiana 46204</u>
<u>(317) 633-8787; Fax (317) 633-8797</u>

an answer to the complaint which is herewith served upon you, within <u>   23   </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

*[signature]*
**CLERK**

JUN 1 5 2007

_____
CLERK                          DATE

(BY) DEPUTY CLERK                                             JUN 1 5 2007

*[signature: Ashley Keller]*