AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
____SOUTHERN____ DISTRICT OF ____INDIANA____

| | |
|---|---|
| ROBERT MILLER and RACHEL MILLER, individually and b/n/f of J.R.M. and L.S.M., minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated, | *ALIAS* SUMMONS IN A CIVIL CASE<br><br>Cause No. 1:07-cv-0772-LJM-WTL |

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

TO: RC2 Brands, Inc.
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ____23____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_____   JUN 1 8 2007
CLERK                           DATE
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA

ROBERT MILLER and RACHEL MILLER,
individually and b/n/f of J.R.M. and L.S.M.,
minors, GREGG THEOBALD and
SHAY THEOBALD, individually and
b/n/f of N.P.T., a minor, and
CHAD P. SWEENEY, on Behalf of Themselves
and All Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARNING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

*ALIAS* SUMMONS IN A CIVIL CASE

Cause No. 1:07-cv-0772-LJM-WTL

TO:　RC ERTL, Inc.
　　　c/o CT Corporation System, Registered Agent
　　　208 South LaSalle Street, Suite 814
　　　Chicago, Illinois 60604

　　　YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S
ATTORNEY (name and address):　William N. Riley, Attorney No. 14941-49
　　　　　　　　　　　　　　　　Jamie R. Kendall, Attorney No. 25124-24
　　　　　　　　　　　　　　　　**PRICE WAICUKAUSKI & RILEY, L.L.C.**
　　　　　　　　　　　　　　　　301 Massachusetts Avenue
　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK　　CLERK

(BY) DEPUTY CLERK

JUN 1 8 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT MILLER and RACHEL MILLER,
individually and b/n/f of J.R.M. and L.S.M.,
minors, GREGG THEOBALD and
SHAY THEOBALD, individually and
b/n/f of N.P.T., a minor, and
CHAD P. SWEENEY, on Behalf of Themselves
and All Others Similarly Situated,

*ALIAS* SUMMONS IN A CIVIL CASE

Cause No. 1:07-cv-0772-LJM-WTL

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARNING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

TO:   Racing Champions ERTL, Inc.
      c/o CT Corporation System, Registered Agent
      208 South LaSalle Street, Suite 814
      Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ____23____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_____   JUN 1 8 2007
CLERK                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN    DISTRICT OF    INDIANA

ROBERT MILLER and RACHEL MILLER,
individually and b/n/f of J.R.M. and L.S.M.,
minors, GREGG THEOBALD and
SHAY THEOBALD, individually and
b/n/f of N.P.T., a minor, and
CHAD P. SWEENEY, on Behalf of Themselves
and All Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARNING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

*ALIAS* SUMMONS IN A CIVIL CASE

Cause No. 1:07-cv-0772-LJM-WTL

TO:   The ERTL Company, Inc.,
      c/o CT Corporation System, Registered Agent
      208 South LaSalle Street, Suite 814
      Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS'
ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
                               Jamie R. Kendall, Attorney No. 25124-24
                               **PRICE WAICUKAUSKI & RILEY, L.L.C.**
                               301 Massachusetts Avenue
                               Indianapolis, Indiana 46204
                               (317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

JUN 1 8 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT MILLER and RACHEL MILLER, individually and b/n/f of J.R.M. and L.S.M., minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

*ALIAS* SUMMONS IN A CIVIL CASE

Cause No. 1:07-cv-0772-LJM-WTL

TO: Learning Curve Brands, Inc., formally doing business as
The ERTL Company, Inc., Racing Champions ERTL, Inc.,
RC ERTL, Inc., and RC2 Brands, Inc.
c/o Peter J. Heuseler, President
1111 W. 22nd Street, Suite 320
Oak Brook, Illinois 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address):    William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_____    JUN 1 8 2007
CLERK                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
　　　SOUTHERN　　　　DISTRICT OF　　　INDIANA

| | |
|---|---|
| ROBERT MILLER and RACHEL MILLER, individually and b/n/f of J.R.M. and L.S.M., minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated, | *ALIAS* SUMMONS IN A CIVIL CASE<br><br>Cause No. 1:07-cv-0772-LJM-WTL |

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

TO: Learning Curve Brands, Inc., formally doing business as
The ERTL Company, Inc., Racing Champions ERTL, Inc.,
RC ERTL, Inc., and RC2 Brands, Inc.
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address): William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_____　　　　　　JUN 1 8 2007
CLERK　　**CLERK**　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK _____

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN           DISTRICT OF           INDIANA

ROBERT MILLER and RACHEL MILLER,
individually and b/n/f of J.R.M. and L.S.M.,
minors, GREGG THEOBALD and
SHAY THEOBALD, individually and
b/n/f of N.P.T., a minor, and
CHAD P. SWEENEY, on Behalf of Themselves
and All Others Similarly Situated,

*ALIAS* SUMMONS IN A CIVIL CASE

Cause No. 1:07-cv-0772-LJM-WTL

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION,
and LEARNING CURVE BRANDS, INC., formally doing business as
THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC.,
RC ERTL, INC., and RC2 BRANDS, INC.

TO:  Learning Curve Brands, Inc., formally doing business as
     The ERTL Company, Inc., Racing Champions ERTL, Inc.,
     RC ERTL, Inc., and RC2 Brands, Inc.
     c/o The Corporation Trust Company, Registered Agent
     Corporation Trust Center
     1209 Orange Street
     Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):    William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_[signature]_                                         JUN 1 8 2007
CLERK                                                 DATE

(BY) DEPUTY CLERK _[signature]_

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN _____ DISTRICT OF _____ INDIANA

ROBERT MILLER and RACHEL MILLER, individually and b/n/f of J.R.M. and L.S.M., minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated,

*ALIAS* SUMMONS IN A CIVIL CASE

Cause No. 1:07-cv-0772-LJM-WTL

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

TO:　Racing Champions ERTL Corporation
　　　c/o The Corporation Trust Company, Registered Agent
　　　1209 Orange Street
　　　Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):　William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ____23____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_[signature]_
**CLERK**
CLERK

JUN 1 8 2007
DATE

(BY) DEPUTY CLERK _[signature]_

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
_____SOUTHERN_____ DISTRICT OF _____INDIANA_____

| | |
|---|---|
| ROBERT MILLER and RACHEL MILLER, individually and b/n/f of J.R.M. and L.S.M., minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated, | *ALIAS* SUMMONS IN A CIVIL CASE<br><br>Cause No. 1:07-cv-0772-LJM-WTL |

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

TO:   RC2 Corporation
      c/o The Prentice-Hall Corporation System, Registered Agent
      2711 Centerville Road, Suite 400
      Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_[signature]_
**CLERK**

JUN 1 8 2007

CLERK                                                          DATE

(BY) DEPUTY CLERK _[signature]_

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
_____SOUTHERN_____ DISTRICT OF _____INDIANA_____

| | |
|---|---|
| ROBERT MILLER and RACHEL MILLER, individually and b/n/f of J.R.M. and L.S.M., minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>vs.<br><br>RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC. | *ALIAS* SUMMONS IN A CIVIL CASE<br><br>Cause No. 1:07-cv-0772-LJM-WTL |

TO:  RC2 Corporation
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address):  William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within _____23_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

_[signature]_ **CLERK**          JUN 1 8 2007
CLERK                                           DATE

(BY) DEPUTY CLERK
_[signature]_