AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT MILLER and RACHEL MILLER, individually and b/n/f of J.R.M. and L.S.M., minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated,

vs.

RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC.

\*SECOND ALIAS\*
SUMMONS IN A CIVIL CASE

Cause No. 1:07-cv-0772-LJM-WTL

TO:   Racing Champions ERTL Corporation
      c/o Prentice Hall Corporation System, Inc., Registered Agent
      2711 Centerville Road, Suite 400
      Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):   William N. Riley, Attorney No. 14941-49
Jamie R. Kendall, Attorney No. 25124-24
**PRICE WAICUKAUSKI & RILEY, L.L.C.**
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787; Fax (317) 633-8797

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 within a reasonable period of time after service.

CLERK   CLERK

(BY) DEPUTY CLERK

JUN 2 5 2007

DATE