AO 458 (Rev. 5/85) Appearance

# United States District Court

| SOUTHERN | DISTRICT OF | INDIANA |
|---|---|---|
| | INDIANAPOLIS | DIVISION |

| | |
|---|---|
| ROBERT MILLER AND RACHEL MILLER, INDIVIDUALLY AND B/N/F OF J.R.M. AND L.S.M., MINORS, GREGG THEOBALD AND SHAY THEOBALD, INDIVIDUALLY AND B/N/F OF N.P.T., A MINOR, AND CHAD P. SWEENEY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | **APPEARANCE** |
| v. | |
| RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, AND LEARNING CURVE BRANDS, INC., FORMALLY DOING BUSINESS AS THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., AND RC2 BRANDS, INC.. | CASE NUMBER:  1:07-cv-0772-LJM-WTL |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for RC2 Corporation, Racing Champions ERTL Corporation, Learning Curve Brands, Inc., Racing Champtions ERTL, Inc., RC ERTL, Inc. and RC2 Brands, Inc..

_Date:_  July 11, 2007

s/ Judy S. Okenfuss
*Signature*

Judy S. Okenfuss
*Print Name*
ICE MILLER LLP
One American Square, Suite 3100
*Address*

Indianapolis     IN     46282-0200
*City           State     Zip Code*

(317) 236-2100
*Phone Number*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 11th day of July, 2007, by electronic notification via the Court's Electronic Case Filing system addressed to:

Jamie Ranah Kendall  
William N. Riley  
PRICE WAICUKAUSKI & RILEY  
301 Massachusetts Avenue  
Indianapolis, IN 46204

Jeffrey Aaron Cooke  
THE COOKE LAW FIRM  
331 Columbia Street  
Lafayette, IN 47902

*s/ Judy S. Okenfuss*  
Judy S. Okenfuss  
ICE MILLER LLP  
One American Square  
Suite 3100  
Indianapolis, IN  46282-0200

I/1982161.1