**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ROBERT MILLER AND RACHEL MILLER,<br>Individually and b/n/f of J.R.M. and L.S.M.,<br>Minors, GREGG THEOBALD and SHAY<br>THEOBALD, individually and b/n/f of N.P.T., a<br>Minor, and CHAD P. SWEENEY, on Behalf of<br>Themselves and All Others Similarly Situated )<br><br>        Plaintiffs,<br><br>  vs.<br><br>RC2 CORPORATION, RACING CHAMPIONS<br>ERTL CORPORATION, and LEARNING CURVE<br>BRANDS, INC., formally doing business as THE<br>ERTL COMPANY, INC., RACING CHAMPIONS<br>ERTL, INC., RC ERTL, INC., and RC2 BRANDS,<br>INC.<br><br>        Defendants. | Cause No.  1:07-cv-0772-LJM-WTL |

**<u>DEFENDANTS NOTICE OF INITIAL EXTENSION OF TIME TO RESPOND TO</u>**
**<u>PLAINTIFFS'COMPLAINT</u>**

      RC2 Corporation, Racing Champions ERTL Corporation, and Learning Curve Brands,

Inc., formally doing business as The ERTL Company, Inc., Racing Champions ERTL, Inc., RC

ERTL, Inc. and RC2 Brands ("Defendants") by counsel, notifies the Court of a 30 day extension

of time within which to answer or otherwise respond to Plaintiffs' Complaint, and in support

thereof states:

      1.)    Defendant received a copy of the Complaint by certified mail on June 25, 2007.

      2.)    That said response is currently due on or before July 18, 2007 and that said time

has not expired.

      3.)    That said enlargement of time is necessary for the reason that counsel for

Defendants has not had adequate time to study Plaintiffs' Complaint, confer with her client, and

conduct such preliminary studies and investigation so as to be able to intelligently file an appropriate response to said Complaint.

4.)     That William Riley, counsel for Plaintiff, has no objection to this request for an extension time.

WHEREFORE, Defendants respectfully notifies the court that the time prescribed within which to respond to Plaintiff's Complaint should be enlarged to and including August 17, 2007 and for all other necessary and proper relief.

Respectfully submitted,

ICE MILLER LLP

_s/ Judy S. Okenfuss_
Judy S. Okenfuss
Attorney No 16157-49
Attorney for Defendants, RC2 Corporation, Racing Champions ERTL and Learning Curve Brands, Inc.

ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
(317) 236-2100

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 11th day of July, 2007.  Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system.  The following parties may access this filing through the Court's system:

Jamie Ranah Kendall                           Jeffrey Aaron Cooke
William N. Riley                                    THE COOKE LAW FIRM
PRICE WAICUKAUSKI & RILEY         331 Columbia Street
301 Massachusetts Avenue                 Lafayette, IN 47902
Indianapolis, IN 46204


*s/ Judy S. Okenfuss*
Judy S. Okenfuss
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, Indiana 46282-0200
(317) 236-2100
e-mail: judy.okenfuss@icemiller.com


I/1982211.1