AO 458 (Rev. 5/85) Appearance

# United States District Court

| SOUTHERN | DISTRICT OF | INDIANA |
|---|---|---|
| | INDIANAPOLIS DIVISION | |

| | APPEARANCE |
|---|---|
| ROBERT MILLER AND RACHEL MILLER, INDIVIDUALLY AND B/N/F OF J.R.M. AND L.S.M., MINORS, GREGG THEOBALD AND SHAY THEOBALD, INDIVIDUALLY AND B/N/F OF N.P.T., A MINOR, AND CHAD P. SWEENEY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | |
| v. | |
| RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, AND LEARNING CURVE BRANDS, INC., FORMALLY DOING BUSINESS AS THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., AND RC2 BRANDS, INC.. | CASE NUMBER: 1:07-cv-0772-LJM-WTL |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for RC2 Corporation, Racing Champions ERTL Corporation, Learning Curve Brands, Inc., Racing Champtions ERTL, Inc., RC ERTL, Inc. and RC2 Brands, Inc..

_____           s/ *James L. Petersen*
*Date:*  July 11, 2007                    *Signature*

                                          James L. Petersen
                                          *Print Name*
                                          ICE MILLER LLP
                                          One American Square, Suite 3100
                                          *Address*

                                          Indianapolis         IN       46282-0200
                                          *City*              *State*    *Zip Code*

                                          (317) 236-2100
                                          *Phone Number*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 11th day of July, 2007, by electronic notification via the Court's Electronic Case Filing system addressed to:

Jamie Ranah Kendall
William N. Riley
PRICE WAICUKAUSKI & RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204

Jeffrey Aaron Cooke
THE COOKE LAW FIRM
331 Columbia Street
Lafayette, IN 47902

*s/ James L. Petersen*
James L. Petersen
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN  46282-0200

I/1982162.1