**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

ROBERT MILLER AND RACHEL MILLER,        )
Individually and b/n/f of J.R.M. and L.S.M.,        )
Minors, GREGG THEOBALD and SHAY        )
THEOBALD, individually and b/n/f of N.P.T., a        )
Minor, and CHAD P. SWEENEY, on Behalf of        )
Themselves and All Others Similarly Situated        )
                                                                    )
          Plaintiffs,        )
    vs.        )
                                                                    )        Cause No.    1:07-cv-0772-LJM-WTL
RC2 CORPORATION, RACING CHAMPIONS        )
ERTL CORPORATION, and LEARNING CURVE )
BRANDS, INC., formally doing business as THE        )
ERTL COMPANY, INC., RACING CHAMPIONS )
ERTL, INC., RC ERTL, INC., and RC2 BRANDS,        )
INC.        )
                                                                    )
        Defendants.

## ORDER ON DEFENDANTS NOTICE OF INITIAL EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT

This matter having come before the Court upon Defendants Notice of Initial Extension of Time to Answer Plaintiffs' Complaint, and the Court being in all things duly advised, now GRANTS said Motion and ORDERS that Defendants be given to and including August 17, 2007 in which to respond to Plaintiffs' Complaint.

      DATED: _____

                           _____

                           JUDGE, UNITED STATES DISTRICT COURT

Distribution to:

Judy S. Okenfuss
James L. Petersen

ICE MILLER LLP
Judy.Okenfuss@icemiller.com
James.Petersen@icemiller.com

Jamie Ranah Kendall
William N. Riley
PRICE WAICUKAUSKI & RIPLEY

Jeffrey Aaron Cooke
THE COOKE LAW FIRM


I/1982222.1