**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ROBERT MILLER AND RACHEL MILLER, Individually and b/n/f of J.R.M. and L.S.M., Minors, GREGG THEOBALD and SHAY THEOBALD, individually and b/n/f of N.P.T., a Minor, and CHAD P. SWEENEY, on Behalf of Themselves and All Others Similarly Situated )))))))<br><br>Plaintiffs, )<br>vs. ))) Cause No.  1:07-cv-0772-LJM-WTL<br>RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, and LEARNING CURVE BRANDS, INC., formally doing business as THE ERTL COMPANY, INC., RACING CHAMPIONS ERTL, INC., RC ERTL, INC., and RC2 BRANDS, INC. ))))))))<br>Defendants. | |

**ORDER ON DEFENDANTS NOTICE OF INITIAL EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT**

This matter having come before the Court upon Defendants Notice of Initial Extension of Time to Answer Plaintiffs' Complaint, and the Court being in all things duly advised, now GRANTS said Motion and ORDERS that Defendants be given to and including August 17, 2007 in which to respond to Plaintiffs' Complaint.

DATED: 07/16/2007

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Judy S. Okenfuss
James L. Petersen

ICE MILLER LLP
Judy.Okenfuss@icemiller.com
James.Petersen@icemiller.com

Jamie Ranah Kendall
William N. Riley
PRICE WAICUKAUSKI & RIPLEY

Jeffrey Aaron Cooke
THE COOKE LAW FIRM

I/1982222.1