**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ROBERT MILLER and ) <br> RACHEL MILLER, individually and ) <br> b/n/f of J.R.M. and L.S.M., minors, ) <br> GREGG THEOBALD and ) <br> SHAY THEOBALD, individually and ) <br> b/n/f of N.P.T., a minor, and ) <br> CHAD J. SWEENEY, on Behalf of ) <br> Themselves and All Others ) <br> Similarly Situated, ) <br>     ) <br>         Plaintiffs, ) <br>     ) <br> vs. ) <br>     ) <br> RC2 CORPORATION, RACING ) <br> CHAMPIONS ERTL CORPORATION, ) <br> and LEARNING CURVE BRANDS, INC., ) <br> formally doing business as ) <br> THE ERTL COMPANY, INC., RACING ) <br> CHAMPIONS ERTL, INC., RC ERTL, ) <br> INC. and RC2 BRANDS, INC. ) <br>     ) <br>         Defendants ) | Cause No. 1:07-cv-0772-LJM-WTL |

## **APPEARANCE**

Undersigned, Christopher A. Moeller, hereby enters his appearance as counsel on behalf of the Plaintiffs, Robert Miller and Rachel Miller, individually and b/n/f of J.R.M. and L.S.M, minors, Gregg Theobald and Shay Theobald, individually and b/n/f N.P.T, a minor, and Chad J. Sweeney, on Behalf of Themselves and All Others Similarly Situated.

Undersigned Counsel certifies that he is admitted to practice in this court.

Respectfully submitted,

PRICE WAICUKAUSKI & RILEY, LLC


/s/ Christopher A. Moeller

Christopher A. Moeller, Atty. No. 25710-49

The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
317/633-8787 (Phone)
317/633-8797 (Fax)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 25th day of July 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

    Judy S. Okenfuss
    James L. Petersen
    ICE MILLER, LLP
    judy.okenfuss@icemiller.com
    james.petersen@icemiller.com

                                             /s/ Christopher A. Moeller
                                             Christopher A. Moeller, Atty. No. 25710-49