IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT MILLER and | ) | |
| RACHEL MILLER, individually and | ) | Cause No.  1:07-cv-0772-LJM-WTL |
| b/n/f of J.R.M. and L.S.M., minors, | ) | |
| GREGG THEOBALD and | ) | **DEFENDANT'S MOTION FOR** |
| SHAY THEOBALD, individually and | ) | **ENLARGEMENT OF TIME** |
| b/n/f of N.P.T., a minor and | ) | |
| CHAD J. SWEENEY, on Behalf of | ) | |
| Themselves and All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RC2 CORPORATION, RACING | ) | |
| CHAMPIONS ERTL CORPORATION, | ) | |
| and LEARNING CURVE BRANDS, INC., | ) | |
| formally doing business as | ) | |
| THE ERTL COMPANY, INC., RACING | ) | |
| CHAMPIONS ERTL, INC., RC ERTL, | ) | |
| INC. and RC2 BRANDS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR ENLARGEMENT OF TIME

Defendants, RC2 Corporation, Racing Champions ERTL Corporation, and Learning Curve Brands, Inc., formerly doing business as The ERTL Company, Inc., Racing Champions ERTL, Inc., RC ERTL, Inc. and RC2 Brands, Inc. (collectively the "Defendants"), by counsel, hereby file their Agreed Motion for an enlargement of time in which to file their Answer to Plaintiffs' Complaint:

1. The Defendants' Answer to Plaintiffs' Amended Complaint is currently due on or before August 17, 2007, which time has not yet expired.

2. Defendants' Answer to Plaintiffs' Amended Complaint was originally due on or before July 11, 2007; however, before that deadline passed, Defendants obtained a thirty day enlargement of time from the Court. No other enlargements of time have been received.

3. Due to the length and complexity of Plaintiffs' Amended Complaint and the time it takes to gather the information necessary to properly answer that Complaint, Defendants find that they need a second enlargement of time in which to prepare their Answer to Plaintiffs' Amended Complaint.

4. Defendants' counsel has contacted Jamie Kendall, Plaintiffs' counsel, who has agreed to a second thirty (30) day enlargement of time.

5. This enlargement is being made in good faith and not for purposes of delay.

WHEREFORE, Defendants, by counsel, respectfully request that the Court grant it up to and including September 16, 2007 in which to file their Answer to Plaintiffs' Amended Complaint, and for all other appropriate relief.

    Respectfully submitted,

    ICE MILLER LLP

    *s/ Judy S. Okenfuss*
    Judy S. Okenfuss
    Attorney No 16157-49
    Attorney for Defendants, RC2 Corporation, Racing
    Champions ERTL and Learning Curve Brands, Inc.

ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
(317) 236-2100

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 15th day of August, 2007. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system. The following parties may access this filing through the Court's system:

| | |
|---|---|
| Jamie Ranah Kendall<br>William N. Riley<br>PRICE WAICUKAUSKI & RILEY<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | Jeffrey Aaron Cooke<br>THE COOKE LAW FIRM<br>331 Columbia Street<br>Lafayette, IN 47902 |

*s/ Judy S. Okenfuss*
Judy S. Okenfuss
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, Indiana 46282-0200
(317) 236-2100
e-mail: judy.okenfuss@icemiller.com

I/1998223.1