IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT MILLER and | ) | |
| RACHEL MILLER, individually and | ) | |
| b/n/f of J.R.M. and L.S.M., minors, | ) | |
| GREGG THEOBALD and | ) | |
| SHAY THEOBALD, individually and | ) | |
| b/n/f of N.P.T., a minor and | ) | |
| CHAD J. SWEENEY, on Behalf of | ) | |
| Themselves and All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No.  1:07-cv-0772-LJM-WTL |
| | ) | |
| RC2 CORPORATION, RACING | ) | |
| CHAMPIONS ERTL CORPORATION, | ) | |
| and LEARNING CURVE BRANDS, INC., | ) | |
| formally doing business as | ) | |
| THE ERTL COMPANY, INC., RACING | ) | |
| CHAMPIONS ERTL, INC., RC ERTL, | ) | |
| INC. and RC2 BRANDS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON AGREED MOTION FOR ENLARGEMENT OF TIME

This matter having come before the Court upon the Agreed Motion for Enlargement of Time, and the Court being in all things duly advised, now GRANTS said Motion and ORDERS that Defendants be given to and including September 16, 2007 in which to respond to Plaintiffs' Amended Complaint.

DATED: _____

_____
JUDGE, UNITED STATES DISTRICT COURT

Distribution to:

Judy S. Okenfuss
James L. Petersen
ICE MILLER LLP
Judy.Okenfuss@icemiller.com
James.Petersen@icemiller.com

Jamie Ranah Kendall
William N. Riley
PRICE WAICUKAUSKI & RIPLEY

Jeffrey Aaron Cooke
THE COOKE LAW FIRM


I/1998259.1