IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT MILLER and ) <br> RACHEL MILLER, individually and ) <br> b/n/f of J.R.M. and L.S.M., minors, ) <br> GREGG THEOBALD and ) <br> SHAY THEOBALD, individually and ) <br> b/n/f of N.P.T., a minor and ) <br> CHAD J. SWEENEY, on Behalf of ) <br> Themselves and All Others ) <br> Similarly Situated, ) <br>     Plaintiffs, ) <br> ) <br>         v. ) <br> ) <br> RC2 CORPORATION, RACING ) <br> CHAMPIONS ERTL CORPORATION, ) <br> and LEARNING CURVE BRANDS, INC., ) <br> formerly doing business as ) <br> THE ERTL COMPANY, INC., RACING ) <br> CHAMPIONS ERTL, INC., RC ERTL, ) <br> INC. and RC2 BRANDS, INC. ) <br> ) <br>     Defendants. ) | Cause No.  1:07-cv-0772-LJM-WTL |

**ORDER ON MOTION FOR EXTENSION OF TIME TO ANSWER
AND FOR STAY OF PROCEEDINGS**

Defendants, RC2 Corporation and Learning Curve Brands, Inc., by counsel, having filed their Motion for Extension of Time to Answer and for Stay of Proceedings, and the Court, being duly advised in the premises, hereby GRANTS said Motion.

It is THEREFORE ORDERED, ADJUDGED and DECREED that Defendants in this matter have to and including thirty (30) days following the transfer of this case to the MDL or denial of RC2 Corporation and Learning Curve Brands, Inc.'s pending Motion for Transfer of Actions to the Northern District of Illinois for Coordinated Pre-Trial Proceedings Pursuant to 28

2

U.S.C. § 1407 ("Motion for Transfer") and this cause is stayed as to all Defendants pending transfer to the MDL or denial of the Motion for Transfer.

Dated: _____

_____
Judge, United States District Court
Southern District of Indiana

**Distribution to:**

Jamie Ranah Kendall
William N. Riley
PRICE WAICUKAUSKI & RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204

Jeffrey Aaron Cooke
THE COOKE LAW FIRM
331 Columbia Street
Lafayette, IN 47902

Judy S. Okenfuss
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, Indiana 46282-0200

I/1994950.1