# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:07–cv–00772–LJM–WTL

SWEENEY et al v. RC2 CORPORATION et al
Assigned to: Judge Larry J. McKinney
Referred to: Magistrate Judge William T. Lawrence
Cause: 28:1332 Diversity–Property Damage

Date Filed: 06/15/2007
Date Terminated: 12/21/2007
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**CHAD J. SWEENEY**
*on Behalf of himself and All Others Similarly Situated*

represented by **Christopher Allan Moeller**
PRICE WAICUKAUSKI &RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633–8787
Fax: (317) 633–8797
Email: cmoeller@price–law.com
*ATTORNEY TO BE NOTICED*

**Jamie Ranah Kendall**
PRICE WAICUKAUSKI &RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
317–633–8787
Fax: 317–633–8797
Email: jkendall@price–law.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Aaron Cooke**
THE COOKE LAW OFFICE
PO Box 188
331 Columbia Street
Lafayette, IN 47902
(765)423–5628
Fax: (765–423–1373
Email: aaron@cookelaw.com
*ATTORNEY TO BE NOTICED*

**William N. Riley**
PRICE WAICUKAUSKI &RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633–8787
Fax: (317) 633–8797
Email: wriley@price–law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GREGG THEOBALD**
*on Behalf of himself and All Others Similarly*

represented by **Christopher Allan Moeller**
(See above for address)

*Situated*                                              *ATTORNEY TO BE NOTICED*

**Jamie Ranah Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Aaron Cooke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N. Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHAY THEOBALD**                    represented by    **Christopher Allan Moeller**
*on Behalf of herself and All Others Similarly*        (See above for address)
*Situated*                                              *ATTORNEY TO BE NOTICED*

**Jamie Ranah Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Aaron Cooke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N. Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT MILLER**                    represented by    **Christopher Allan Moeller**
*on Behalf of himself and All Others Similarly*        (See above for address)
*Situated*                                              *ATTORNEY TO BE NOTICED*

**Jamie Ranah Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Aaron Cooke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N. Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RACHEL MILLER**                    represented by    **Christopher Allan Moeller**
*on Behalf of herself and All Others Similarly*        (See above for address)
*Situated*                                              *ATTORNEY TO BE NOTICED*

        **Jamie Ranah Kendall**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Jeffrey Aaron Cooke**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **William N. Riley**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RC2 CORPORATION**     represented by  **James L. Petersen**
        ICE MILLER LLP
        One American Square
        Suite 3100
        Indianapolis, IN 46282
        (317)236–2308
        Fax: (317)592–4730
        Email: james.petersen@icemiller.com
        *ATTORNEY TO BE NOTICED*

        **Judith S. Okenfuss**
        ICE MILLER LLP
        One American Square
        Suite 3100
        Indianapolis, IN 46282
        (317) 236–2115
        Fax: (317) 592–4721
        Email: judy.okenfuss@icemiller.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**RACING CHAMPIONS ERTL CORPORATION**   represented by  **James L. Petersen**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Judith S. Okenfuss**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**LEARNING CURVE BRANDS, INC.**   represented by  **James L. Petersen**
*formerly doing business as*         (See above for address)
THE ERTL COMPANY, INC.         *ATTORNEY TO BE NOTICED*
*formerly doing business as*
RC ERTL, INC.         **Judith S. Okenfuss**
*formerly doing business as*         (See above for address)
RC2 BRANDS, INC.         *ATTORNEY TO BE NOTICED*

*formerly doing business as*
RACING CHAMPIONS ERTL, INC.

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2007 | " 1 | COMPLAINT against all defendants with Jury Demand, filed by all plaintiffs.(TAA) (Entered: 06/18/2007) |
| 06/15/2007 | " 2 | CIVIL COVER SHEET, filed by Plaintiffs SHAY THEOBALD, ROBERT MILLER, RACHEL MILLER, CHAD J. SWEENEY, GREGG THEOBALD. (TAA) (Entered: 06/18/2007) |
| 06/15/2007 | " 3 | RECEIPT #IP001983 in the amount of $ 350.00 for filing fee. (TAA) (Entered: 06/18/2007) |
| 06/15/2007 | " 4 | Summons Issued as to RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, LEARNING CURVE BRANDS, INC. (TAA) (Entered: 06/18/2007) |
| 06/15/2007 | " 5 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (TAA) (Entered: 06/18/2007) |
| 06/18/2007 | " 6 | AMENDED COMPLAINT against all defendants, filed by all plaintiffs.(Riley, William) (Entered: 06/18/2007) |
| 06/18/2007 | " 7 | Summons (Alias – Amended) as to RC2 CORPORATION. (PG) (Entered: 06/19/2007) |
| 06/25/2007 | " 8 | Summons (Alias – Amended) as to RACING CHAMPIONS ERTL CORPORATION. (PG) (Entered: 06/26/2007) |
| 07/11/2007 | " 9 | NOTICE of Appearance by Judith S. Okenfuss on behalf of Defendants RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, LEARNING CURVE BRANDS, INC.. (Okenfuss, Judith) (Entered: 07/11/2007) |
| 07/11/2007 | " 10 | MOTION for Extension of Time to August 17, 2007 *To Respond to Plaintiffs' Complaint*, filed by Defendants RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, LEARNING CURVE BRANDS, INC.., (Okenfuss, Judith) (Entered: 07/11/2007) |
| 07/11/2007 | " 11 | NOTICE of Appearance by James L. Petersen on behalf of Defendants RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, LEARNING CURVE BRANDS, INC.. (Petersen, James) (Entered: 07/11/2007) |
| 07/12/2007 | " 12 | Submission *Proposed Order on Defendant's Notice of Initial Extension of Time to Respond to Plaintiff's Complaint*, filed by Defendants RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, LEARNING CURVE BRANDS, INC.. (Okenfuss, Judith) (Entered: 07/12/2007) |
| 07/16/2007 | " 13 | ORDER granting 10 Motion for Extension of Time to File Response to Complaint to August 17, 2007. Signed by Judge Larry J. McKinney on 7/16/07. (PG) (Entered: 07/17/2007) |
| 07/25/2007 | " 14 | NOTICE of Appearance by Christopher Allan Moeller on behalf of Plaintiffs SHAY THEOBALD, ROBERT MILLER, RACHEL MILLER, CHAD J. SWEENEY, GREGG THEOBALD. (Moeller, Christopher) (Entered: 07/25/2007) |
| 07/30/2007 | " 15 | SCHEDULING ORDER: Initial Pretrial Conference set for 9/14/2007 08:30 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. |

| | | |
|---|---|---|
| | | Lawrence on 07/30/2007. (TMA) (Entered: 07/30/2007) |
| 08/15/2007 | " 16 | MOTION for Extension of Time to 9/16/07 *to Answer Plaintiff's Complaint*, filed by Defendants RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, LEARNING CURVE BRANDS, INC.., (Attachments: # 1 Text of Proposed Order)(Okenfuss, Judith) (Entered: 08/15/2007) |
| 08/16/2007 | " 17 | ORDER granting 16 Motion for Extension of Time to File Response to Amended Complaint to September 16, 2007. Signed by Judge Larry J. McKinney on 8/16/07. (PG) (Entered: 08/16/2007) |
| 08/24/2007 | " 18 | MOTION to Stay *Proceedings and Extention of Time to Answer*, filed by Defendants RC2 CORPORATION, RACING CHAMPIONS ERTL CORPORATION, LEARNING CURVE BRANDS, INC.., (Attachments: # 1 Text of Proposed Order)(Okenfuss, Judith) (Entered: 08/24/2007) |
| 08/27/2007 | " 19 | ORDER ON MOTION 18 for Extension of Time to Answer and STAYING CASE. Signed by Judge Larry J. McKinney on 8/27/07. (PG) (Entered: 08/28/2007) |
| 12/21/2007 | " 20 | CLOSED TRANSFER to the Northern District of Illinois (ILND) In Re: MDL 1893, RC2 Corp. Toy Lead Paint Products Liability Litigation, pursuant to Certified Transfer Order, under ILND Cause No. 07 cv 7187.(TMA) (Entered: 12/28/2007) |

**Case #:1:07−cv−00772−LJM−WTL**